# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:22-cv-00424-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| ISLAMIC OILS, *et al.*, | STIPULATION FOR DISMISSAL |
| Defendants. | |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///
///
///
///
///
///
///
///

1  stipulate that above-captioned matter should be dismissed with prejudice by order of this
2  Court, with each party to bear their own costs.
3  DATED this 5 day of October, 2023.               DATED this 5th day of October, 2023.

LAUSTEVEION JOHNSON
*Plaintiff, pro se*

/s/Andrew C. Nelson
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: November 16, 2023